UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80608-CIV-HURLEY/HOPKINS

DANIEL SALDIBAR, on behalf of himself and
those similarly situated,

    Plaintiff,

v.

DELRAY ONE, INC., a Florida Corporation,
f/k/a DELRAY PLANTS, INC.

    Defendant.

_____/

## DEFENDANT'S MOTION FOR FINAL SUMMARY JUDGMENT

Defendant, DELRAY ONE, INC., by and through its attorneys, moves pursuant to Rule 56, Federal Rules of Civil Procedure, and S.D. Fla. L.R. 7.5(A), for Final Summary Judgment on the Fair Labor Standard's Act Complaint filed by Plaintiff, DANIEL SALDIBAR, on behalf of himself and others similarly situated. In support of this Motion, Defendant simultaneously files its Memorandum of Law and its Statement of Undisputed Facts. As set forth fully therein, there are no issues as to the material facts and the Defendant is entitled to summary judgment as a matter of law.

WHEREFORE, Defendant respectfully requests this Court grant its Motion for Final Summary Judgment.

*Daniel Saldibar v. Delray One, Inc.*
CASE No. : 07-80608 – CIV HURLEY/HOPKINS
*Defendant's Motion for Final Summary Judgment*

| | |
|---|---|
| Dated: November 26, 2007.<br>Boca Raton, Florida | Respectfully submitted,<br><br>/s/ Sally Still<br>Sally Still, Florida Bar No. 904414<br>E-mail: sstill@bdblaw.com<br>I. Jeffrey Pheterson, Esq., Florida Bar No. 220469<br>E-mail: jpheterson@bdblaw.com<br>BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP<br>5355 Town Center Road, Suite 900<br>Boca Raton, Florida 33481-0155<br>Telephone: (561) 241-0414<br>Facsimile:  (561) 241-9766<br>Attorneys for Defendant Delray One, Inc. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 26, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sally Still
Sally Still, Esq.

*Daniel Saldibar v. Delray One, Inc.*
CASE No. : 07-80608 – CIV HURLEY/HOPKINS
*Defendant's Motion for Final Summary Judgment*

# SERVICE LIST
## CASE NO.: 07-80608

Kelly Amritt, Esq.
E-mail: kamritt@forthepeople.com
Morgan & Morgan, P.A.
7450 Griffin Road, Suite 230
Davie, FL  33314
Telephone: 877.435.9243
Facsimile: 954.333.3515
VIA CM/ECF

«BOCA:153930_v1/61034-0010»